# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:10cr7-RH/WCS

AZULEE M. NORTON,

    Defendant.

_____/

## ORDER DISMISSING THE INDICTMENT

The defendant Azulee M. Norton died after entry of a guilty plea but before she was sentenced. The government has moved to dismiss the indictment.

IT IS ORDERED:

The motion to dismiss, ECF No. 20, is GRANTED. The indictment is dismissed.

SO ORDERED on June 28, 2010.

                        s/Robert L. Hinkle
                        United States District Judge